**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| EARLIE BENEVOLENCE AARON BERRY, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STANLEY KNIGHT, )<br>)<br>Defendant. ) | No. 1:07-cv-336-LJM-TAB |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's complaint in this action is accompanied by his request to proceed *in forma pauperis*. The plaintiff has acquired three or more "strikes" through having litigation to which he was a party in a federal court dismissed for failure to state a claim upon which relief could be granted or as frivolous. Therefore, he is not entitled to proceed *in forma pauperis*, unless the exception under 28 U.S.C. § 1915(g), that he "is under imminent danger of serious physical injury," applies. Those circumstances are not presented by his claims in this case. Accordingly, the plaintiff's request to proceed *in forma pauperis* is **denied.**

2. In *Evans v. Illinois Department of Corrections,* 150 F.3d 810 (7th Cir. 1998), it was noted that a prisoner-litigant in these circumstances is entitled to know the cases the court relies on when making the 3-strikes determination. For plaintiff Berry's reference, the cases on which the court relies in finding three or more "strikes" consist of the following:

   (1) *Berry v. Knight*, No. 1:07-cv-231-RLY-WTL (S.D.Ind. Feb. 28, 2007), dismissed for failure to state a claim upon which relief could be granted.
   (2) *Berry v. Faulds*, No. 1:07-cv-235-RLY-JMS (S.D.Ind. Feb. 28, 2007), dismissed for failure to state a claim upon which relief could be granted.
   (3) *Berry v. Perkins,* No. 1:07-cv-234-SEB-WTL (S.D.Ind. Feb. 28, 2007), dismissed for failure to state a claim upon which relief could be granted.

3. The plaintiff shall have **through March 27, 2007,** in which to pay the $350.00 filing fee for this action.

   4. The plaintiff's request that an order issue to the Marshals Service to serve process on the defendant is **denied.**

   **IT IS SO ORDERED.**

Date: 03/19/2007

*LARRY J. McKINNEY, CHIEF JUDGE*
United States District Court
Southern District of Indiana

Distribution:

Earlie Benevolence Aaron Berry, Jr.
DOC # 932151
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064